IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02691-MEH

NOLAN NICHOLS and
TAFFY NICHOLS,

　　　　Plaintiff,

v.

I-FLOW, a Delaware LLC, f/k/a I-Flow Corporation,

　　　　Defendant.

---

## ORDER OF DISMISSAL

---

**Michael E. Hegarty, United States Magistrate Judge**.

　　　　The Stipulated Motion for Dismissal of Defendants DJO, LLC and DJO Global, Incorporated Without Prejudice [filed April 2, 2013; docket #49] is **granted** and the aforementioned Defendants are hereby **dismissed without prejudice**.  Each party shall bear its own fees and costs.  The Clerk of the Court is directed to modify the caption accordingly.

　　　　Dated and entered at Denver, Colorado, this 5th day of April, 2013.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　*Michael E. Hegarty*

　　　　　　　　　　　　　　　Michael E. Hegarty
　　　　　　　　　　　　　　　United States Magistrate Judge