IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02691-MEH

NOLAN NICHOLS and
TAFFY NICHOLS,

    Plaintiff,

v.

I-FLOW, a Delaware LLC, f/k/a I-Flow Corporation,

    Defendant.

## ORDER OF DISMISSAL

**Michael E. Hegarty, United States Magistrate Judge**.

    In light of the Stipulation for Dismissal [docket #51], Defendant I-Flow is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41. Each party shall bear its own fees and costs. The Clerk of the Court is directed to close this action, accordingly.

    Dated and entered at Denver, Colorado, this 7th day of August, 2013.

                                                                                 BY THE COURT:

                                                                                  *Michael E. Hegarty*

                                                                                   Michael E. Hegarty
                                                                                   United States Magistrate Judge